**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**DONALD BUTLER,**

                **Plaintiff,**             **1:18-cv-1493**
                                                         **(GLS/DJS)**
        **v.**

**GEICO GENERAL INSURANCE**
**COMPANY et al.,**

                **Defendants.**

**APPEARANCES:**                 **OF COUNSEL:**

**FOR PLAINTIFF:**
DONALD BUTLER
Plaintiff, *Pro Se*
1156 Madison Avenue, 9C
Albany, NY 12208

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Daniel J. Stewart duly filed on January 25, 2019. (Dkt. No. 6.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Report and Recommendation for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 6) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint is **DISMISSED with prejudice**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

February 15, 2019
Albany, New York

Gary L. Sharpe
U.S. District Judge